IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

URENCO, USA INC., *et al.*,
    Plaintiffs,

vs.                                                          No.: 2:21-cv-01224-KWR-GBW

BAKER CONCRETE CONSTRUCTION, INC.,
    Defendant.

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiffs' Motion to Dismiss this case, with prejudice [Doc. 56].

After considering the Motion, the evidence, and the pleadings,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion to Dismiss, with Prejudice, [Doc. 56] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that each party shall bear its own costs.

**SIGNED** this **4TH** day of **JANUARY 2023.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**